Frank H. Kim
Kim Legal, APC
3435 Wilshire Blvd Ste 2700
Los Angeles, CA 90010
323-482-3300
fkim@kim-legal.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josephine Tehrani, individually and on behalf of other persons similarly situated<br><br>Plaintiff(s),<br>v.<br>Home Box Office Inc., a foreign corporation; Cooler Waters Productions LLC, a foreign limited liability company; Does 1 through 10, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-02148-JFW-MAR<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


April 13, 2023                              /s/ Frank H. Kim
  *Date*                                    *Signature of Attorney/Party*


NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*